[No. 32398-2-II.  Division Two.  September 15, 2005.]

*In the Matter the Marriage of* KIPPIE KAY BROWN, *Respondent,* and ANTHONY BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 00-3-00339-0, Kitty-Ann van Doorninck, J., entered October 18, 2004. *Remanded* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Hunt, J.

[No. 32464-4-II.  Division Two.  September 15, 2005.]

DAVID V. SHEEAN ET AL., *Appellants,* v. TIMBERLAND BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-2-12288-8, Vicki L. Hogan, J., entered October 26, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Armstrong, JJ.

[No. 22774-0-III.  Division Three.  September 15, 2005.]

ROBERTO SOTELO LOPEZ ET AL., *Respondents,* v. ERENDIRA SALGADO-GUADARAMA ET AL., *Petitioners.*

Appeal from a judgment of the Superior Court for Chelan County, No. 02-2-00311-1, John E. Bridges, J., entered January 26, 2004. *Reversed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Kurtz, J. Now published at 130 Wn. App. 87.

[No. 22920-3-III.  Division Three.  September 15, 2005.]

NELL MARIE SPRAYBARY, *Respondent,* v. MICHAEL R. MALLINSON ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 04-2-01482-9, Linda G. Tompkins, J., entered April 13, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.